NO. 30474

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/20/2015 10:10:49 AM
DEBBIE AUTREY
Clerk

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 196th JUDICIAL DISTRICT |
| | § | |
| WILLIAM EDWARD PARDUN | § | HUNT COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes William Edward Pardun, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against William Edward Pardun.

Respectfully submitted,

Law Office of Toby C. Wilkinson P.C.
2815 Wesley St.
P.O. Box 324
Greenville, TX 75403-0324
Tel: (903) 454-6096
Fax: (903) 454-0446

By: *Toby C. Wilkinson*
Toby C. Wilkinson
State Bar No. 21497300
Leegul4u@hotmail.com
Attorney for William Edward Pardun

## CERTIFICATE OF SERVICE

This is to certify that on November 10, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, Texas, by hand delivery.

*Toby C. Wilkinson*
Toby C. Wilkinson

1



Case No. 30474      Count 1
Incident No./TRN: 9128373294 A001

AT ___ FILED ___ M
NOV 0 6 2015
CLERK, DISTRICT COURT, HUNT CO. TX

| | | |
|---|---|---|
| The State of Texas | § | In The District Court |
| | § | |
| v. | § | |
| | § | Of Hunt County, Texas |
| William Edward Pardun | § | |
| | § | |
| State ID No.: TX 02054643 | § | 196TH Judicial District |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, J ANDREW BENCH ,Judge of the trial court certify this criminal case:

- ☒ is not a plea bargain case, and the defendant has the right of appeal; or
- ☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or
- ☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or
- ☐ is a plea bargain case, and the defendant has NO right of appeal; or
- ☐ the defendant has waived the right of appeal.

Signed on 11-06-2015.

HONORABLE J ANDREW BENCH
196 TH JUDICIAL DISTRICT COURT

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
Defendant (MUST SIGN)

Mailing Address: _____

Telephone number: _____

_____
Attorney for Defendant

SBN: _____

Address: P.O. BOX 8145
          GREENVILLE, TEXAS 75403
Telephone Number: 903-454-2110
Fax Number: 903-704-0972

30474

1